UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WILLIAM WAYNE LEE, JR.**  **CIVIL ACTION**

**VERSUS**  **NO. 13-2508**

**BURL CAIN, WARDEN**  **SECTION: "S" (3)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby overruled the petitioner's objections and approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **William Wayne Lee, Jr.**, is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  2nd  day of      October      , 2014.

UNITED STATES DISTRICT JUDGE