# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-31218
USDC No. 2:13-CV-2508

**A True Copy**
**Certified order issued May 11, 2015**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

WILLIAM WAYNE LEE, JR.,

                        Petitioner-Appellant

v.

BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY,

                        Respondent-Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R:

      William Wayne Lee, Jr., Louisiana prisoner # 289199, was convicted by a jury of second degree murder and received a sentence of life in prison. He now seeks a certificate of appealability (COA) to appeal the district court's dismissal as untimely of his 28 U.S.C. § 2254 petition challenging this conviction. Lee contends that he was entitled to statutory tolling under 28 U.S.C. § 2244(d)(2) from the time his second state postconviction application was filed until the Louisiana Supreme Court denied writs, which would have rendered his § 2254 petition timely. In support of this contention, he maintains that the state appellate court wrongly concluded that his request for writs to that court was untimely and that this court should not give weight to that ruling.

No. 14-31218

To obtain a COA, Lee must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El*, 537 U.S. at 327. When the district court has denied relief on procedural grounds, a § 2254 petitioner must show "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Lee has not made the requisite showing. Consequently, his motion for a COA is DENIED.

Signed: 5-8-2015

        /s/ Catharina Haynes
       CATHARINA HAYNES
UNITED STATES CIRCUIT JUDGE